**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Alicia Saldana, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 1207 |
| | ) | |
| JH Portfolio Debt Equities, LLC, a California limited liability company, | ) | |
| | ) | |
| Defendant. | ) | Jury Demanded |

## COMPLAINT

Plaintiff, Alicia Saldana, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a finding that Defendant's debt collection actions violated the FDCPA, and to recover damages, and alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) most of the acts and transactions occurred here; and, b) Defendant resides and transacts business here.

## PARTIES

3. Plaintiff, Alicia Saldana ("Saldana"), is a citizen of the State of Texas, from whom Defendant attempted to collect a delinquent consumer debt that she allegedly owed for a Citibank credit card, despite the fact that she had exercised her rights, pursuant to the FDCPA, to refuse to pay the debt and to be represented by the legal aid attorneys at the Chicago Legal Clinic's Legal Advocates for Seniors and People with Disabilities program ("LASPD"), located in Chicago, Illinois.

4. Defendant, JH Portfolio Debt Equities, LLC (“JH Portfolio"), is a California limited liability company that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, directly or indirectly, delinquent consumer debts. JH Portfolio operates a nationwide delinquent debt collection business, and attempts to collect debts from consumers in virtually every state, including consumers in the State of Illinois. In fact, Defendant JH Portfolio was acting as a debt collector, as that term is defined in the FDCPA, as to the delinquent consumer debt it attempted to collect from Plaintiff.

5. Defendant JH Portfolio is a bad debt buyer that buys portfolios of defaulted consumer debts for pennies on the dollar, which it then collects upon through other collection agencies.

6. Defendant JH Portfolio is authorized to conduct business in Illinois, and maintains a registered agent here, see, record from the Illinois Secretary of State, attached as Exhibit A. In fact, Defendant JH Portfolio conducts business in Illinois.

7. Moreover, Defendant JH Portfolio is licensed as a collection agency in Illinois, see, record from the Illinois Division of Professional Regulation, attached as Exhibit B. In fact, Defendant JH Portfolio acts as a debt collection agency in Illinois.

## FACTUAL ALLEGATIONS

8. Ms. Saldana is a senior citizen, with limited assets and income, who fell behind on paying her bills, including a debt she allegedly owed for a Citibank account. At some point in time after that debt became delinquent, Defendant JH Portfolio allegedly bought/obtained Ms. Saldana’s Citibank debt, and when Defendant began trying to collect this debt from her, she sought the assistance of legal aid attorneys at

the Chicago Legal Clinic's LASPD program regarding Defendant's collection actions.

9. Specifically, Defendant JH Portfolio had another debt collector, Illinois-based Global Credit and Collections Corp. ("Global"), demand payment of the Citibank debt from Ms. Saldana, by sending her a collection letter, dated January 19, 2015. A copy of this letter is attached as Exhibit C.

10. Accordingly, on February 5, 2015, one of Ms. Saldana's legal aid attorneys at LASPD informed Defendant JH Portfolio, through its agent, Global, that Ms. Saldana was represented by counsel, and directed Defendant JH Portfolio to cease contacting her, and to cease all further collection activities because Ms. Saldana was forced, by her financial circumstances, to refuse to pay her unsecured debt. A copy of this letter is attached as Exhibit D.

11. Nonetheless, Defendant JH Portfolio then had another debt collector, Illinois-based Stoneleigh Recovery Associates, demand payment of the Citibank debt by sending a collection letter, dated January 30, 2017, directly to Ms. Saldana. A copy of this letter is attached as Exhibit E.

12. Accordingly, on February 9, 2017, Ms. Saldana's LASPD attorney had to send yet another letter, directing it to cease communications and to cease collections. A copy of this letter is attached as Exhibit F.

13. Defendant's violations of the FDCPA were material because, although Plaintiff had been informed by counsel and believed that she had the right to refuse to pay this debt and to demand the collection communications cease, Defendant's continued collection communications made Plaintiff believe that her demand had been futile and that she did not have the rights Congress had granted her under the FDCPA.

Moreover, Defendant's actions caused Plaintiff to question whether she was still represented by counsel as to this debt, which caused stress and confusion as to whether she was required to pay the debt at issue.

14. Defendant's collection actions complained of herein occurred within one year of the date of this Complaint.

15. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

**COUNT I**
**Violation Of § 1692c(c) Of The FDCPA --**
**Failure To Cease Communications And Cease Collections**

16. Plaintiff adopts and realleges ¶¶ 1-15.

17. Section 1692c(c) of the FDCPA prohibits a debt collector from communicating with a consumer after a direction to cease communications, and from continuing to demand payment of a debt that the consumer has indicated that they refuse to pay. See, 15 U.S.C. § 1692c(c).

18. Here, the letter from Ms. Saldana's agent/attorney, LASPD, told Defendant JH Portfolio to cease communications and cease collections (Exhibit D). By continuing to communicate regarding this debt and demanding payment, Defendant JH Portfolio violated § 1692c(c) of the FDCPA.

19. Defendant JH Portfolio's violation of § 1692c(c) of the FDCPA renders it liable for actual and statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

**COUNT II**
**Violation Of § 1692c(a)(2) Of The FDCPA --**
**Communicating With A Consumer Represented By Counsel**

20. Plaintiff adopts and realleges ¶¶ 1-15.

21. Section 1692c(a)(2) of the FDCPA prohibits a debt collector from communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. See, 15 U.S.C. § 1692c(a)(2).

22. Defendant JH Portfolio knew, or readily could have known, that Ms. Saldana was represented by counsel in connection with her debts because her attorneys at LASPD had informed Defendant, in writing, that Ms. Saldana was represented by counsel, and had directed a cessation of communications with Ms. Saldana (Exhibit D). By directly sending Ms. Saldana the January 30, 2017 collection letter (Exhibit E), despite being advised that she was represented by counsel, Defendant JH Portfolio violated § 1692c(a)(2) of the FDCPA.

23. Defendant JH Portfolio's violation of § 1692c(a)(2) of the FDCPA renders it liable for damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

**PRAYER FOR RELIEF**

Plaintiff, Alicia Saldana, prays that this Court:

1. Find that Defendant JH Portfolio's debt collection actions violated the FDCPA;

2. Enter judgment in favor of Plaintiff Saldana, and against Defendant JH Portfolio, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

3. Grant such further relief as deemed just.

**JURY DEMAND**

Plaintiff, Alicia Saldana, demands trial by jury.

Alicia Saldana,

By: /s/ David J. Philipps___
One of Plaintiff's Attorneys

Dated: February 15, 2017

David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com